UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**L.P.R. CONSTRUCTION CO. LLC,**

        **Plaintiff,**

**v.**                                 **Case No:  6:18-cv-1188-Orl-41DCI**

**STEEL FABRICATORS, L.L.C.,**
**FEDERAL INSURANCE COMPANY,**
**KIEWIT INFRASTRUCTURE SOUTH**
**CO. and WALTER P. MOORE AND**
**ASSOCIATES, INC.,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Steel Fabricators, L.L.C.'s ("Defendant")
Amended Motion to Dismiss Crossclaim of Kiewit Infrastructure South Co. ("Motion," Doc. 21).
United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc.
45), in which he recommends denying Defendant's Motion.

After a *de novo* review of the record, and noting that no objections were timely filed, this
Court agrees entirely with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and
**ADJUDGED** as follows:

    1.   The Report and Recommendation (Doc. 45) is **ADOPTED** and **CONFIRMED** and
        is made a part of this Order.

    2.   Defendant Steel Fabricators, L.L.C.'s Amended Motion to Dismiss Crossclaim of
        Kiewit Infrastructure South Co. (Doc. 21) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record